# Exhibit "A"















# Exhibit "B"











SKIN CARE          HAIR          PLASTIC SURGERY          SPA          MEN







## Trending Stories, Photos and Videos

What's hot on BeautyAdvisor right now







## Trending Stories, Photos and Videos

What's hot on BeautyAdvisor right now








## Trending Stories, Photos and Videos

What's hot on BeautyAdvisor right now






## Trending Stories, Photos and Videos

What's hot on BeautyAdvisor right now

 











# Exhibit "C"



# Exhibit "D"



Maureen McNulty Smith

# Make Your Baby Blues Sparkle with These Hot Makeup Tips

 **Maureen McNulty Smith**
Makeup Artist



As a blue-eyed beauty, you already know that there is not much work involved in making your eyes stand out. You've likely received countless compliments and turned your fair share of heads without much effort exerted. While blue eyes may be considered the


EXPLORE


FIND PROS


ADVICE


STORIES


ACTIVITY









will help reduce redness while also brightening up the whites of your eyes. Creating a flawless, even-toned area around your eyes is an important first step in making them pop.



### Eyeliner and eyeshadow are worth the extra time

Applying eyeshadow and eyeliner is another way to brighten up your blue eyes. Choosing colors such as golds, coppers, browns, and purples will work best. Remember, complimentary colors create the strongest contrast when







EXPLORE   FIND PROS   ADVICE   STORIES   ACTIVITY











# Everything Beauty.
# All in One Place.

**Create an Account**

**f** Login with Facebook

Already have an account? **Sign in**

# Exhibit "E"

