Mathew K. Higbee, Esq., State Bar No. 241380
Hany Gonzalez, Esq., State Bar No. 335677
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8358
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
hgonzalez@higbeeassociates.com

*Attorneys for Plaintiff,*
TAMARA WILLIAMS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CORELLA, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. **2:22-cv-01107-RSWL-KS**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case. The Parties are currently finalizing the settlement agreement and Plaintiff requests that the parties be given 60 days in which to finalize the agreement and perform their obligations at which time Plaintiff will file a dismissal.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 17, 2022 | Respectfully submitted, |
| 2 | | **s/ Mathew K. Higbee** |
| 3 | | Mathew K. Higbee, Esq.<br>Cal. Bar No. 241380 |
| 4 | | **HIGBEE & ASSOCIATES** |
| 5 | | 1504 Brookhollow Dr., Ste 112<br>Santa Ana, CA 92705-5418 |
| 6 | | (714) 617-8358<br>(714) 597-6559 facsimile |
| 7 | | *Attorney for Plaintiff* |