UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-1107-RSWL(KSx) | Date | August 17, 2022 |
|---|---|---|---|
| Title | *TAMARA WAREKA v. JOSE CORELLA* | | |

| Present: The Honorable | RONALD S.W. LEW, UNITED STATES SENIOR DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - NOTICE OF SETTLEMENT (Filed August 17, 2022)[14]

The Court is in receipt of the Notice of Settlement[14] filed August 17, 2022. Based on the Notice of Settlement, the Court hereby extends its Order to Show Cause[13].

**IT IS HEREBY ORDERED** that **PLAINTIFF**'s order to show cause in writing be extended to **October 17, 2022**, why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by defendant, plaintiff's request for entry of default on these defendants on or before the above date, or plaintiff's dismissal as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |